

# IN THE
# TENTH COURT OF APPEALS

No. 10-16-00248-CR
No. 10-16-00249-CR
No. 10-16-00250-CR

**WAYMON LEON WEBSTER,**

                                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                      **Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court Nos. 15-02647-CRM-85;
15-003061-CRF-85; and 15-003062-CRF-85**

## O R D E R

Waymon Leon Webster was convicted of three offenses: failure to identify, theft, and tampering with evidence. He appealed each conviction, and each notice of appeal was set up as a separate appeal: 10-16-00248-CR (failure to ID); 10-16-00249-CR (theft); and 10-16-00250-CR (tampering). On March 22, 2017, these appeals were abated to the trial court to hold a hearing to consider whether Webster was indigent and if so, whether to discharge Webster's appointed counsel and appoint new appellate counsel for Webster

for each of the appeals.  We have received a supplemental clerk's record from the ordered hearing which indicates that the trial court found Webster to be indigent, allowed the withdrawal of Webster's court-appointed attorney, and appointed another attorney to represent Webster in these appeals.

Accordingly, these appeals are reinstated.  Webster's briefs for these appeals are due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals reinstated
Order issued and filed April 19, 2017

